IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIYEL SHABAZZ BEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:20-CV-0201-M-BH |
| ) | |
| CHICORY COURT MADISON III LP, ) | |
| JAN ADKISON, ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)*, filed February 11, 2020 (doc. 6), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SIGNED this 18th day of May, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE